IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AZURIAH AUSTIN STALLCUP,<br><br>Defendant. | Case No. CR-23-096-BLG-SPW<br><br>**ORDER UNSEALING FINAL PRESENTENCE REPORT FOR PURPOSES OF STATE DISTRICT COURT SENTENCING** |

Upon Defendant's Unopposed Motion to Unseal Final Presentence Report for Purposes of Sentencing in State District Court (Doc. 49), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Final Presentence Report (Doc. 43) shall be unsealed and released only to the Honorable Judge Donald Harris, Juli M. Pierce, and Hallie Bishop/Alexander Wilson for purposes of sentencing in Cause No. DC 23-838, Thirteenth Judicial District Court, Yellowstone County. The Presentence Report shall be sealed in the state docket DC 23-838 as well.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of March, 2025.

SUSAN P. WATTERS
United States District Court Judge